```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

WILBER AVALOS PEREZ,

     Movant,        CRIMINAL ACTION
                   NO. 1:11-CR-6-9

  v.                   CIVIL ACTION
                   NO. 1:13-CV-4028-CAP

UNITED STATES OF AMERICA,

     Respondent.

## O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

The movant's motion for appointment of counsel [Doc. No. 637] and second motion for appointment of counsel [Doc. No. 638] are DENIED.

SO ORDERED, this 9th day of July, 2014.

                                             /s/ Charles A. Pannell, Jr.
                                             CHARLES A. PANNELL, JR.
                                             United States District Judge